UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CRAIG CUNNINGHAM,

    *Plaintiff*,

v.

L J ROSS ASSOCIATES, INC. *et al.*

    *Defendants*.

Case No. 4:20-cv-00844
Hon. Amos L. Mazzant, III

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the dismissal of this action in its entirety, with prejudice and with each side to bear their own costs and attorney's fees; and the Court being otherwise advised in the premises;

It is hereby **ORDERED** that this action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 14th day of December, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE